FILED - USDC - FLMD - JAX
AUG 19 2026 PM4:32

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

BRIAN GREGORY BRIGHTMAN
a/k/a "B"
a/k/a "BossHog"
a/k/a "Slime God," and
LEO DENARD ROBINSON

CASE No. 3:26-cr-183-MMH-SJH
18 U.S.C. § 1503
(Obstruction of Justice)

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
## (Obstruction of the Due Administration of Justice)

Beginning on or about August 10, 2026, and continuing through the date of this Indictment, in the Middle District of Florida, the defendants,

BRIAN GREGORY BRIGHTMAN
a/k/a "B"
a/k/a "BossHog"
a/k/a "Slime God," and
LEO DENARD ROBINSON,

did, aiding and abetting each other, corruptly endeavor to influence, obstruct, and impede the due administration of justice in United States v. Brian Gregory Brightman, et al., case no. 3:26-cr-170-MMH-LLL, in the United States District Court for the Middle District of Florida by intimidating, pressuring, and implicitly threatening an individual they perceive to be a witness in an attempt to influence or prevent the witness's testimony.

In violation of 18 U.S.C. § 1503 and 2.

## FORFEITURE

1. The allegations contained in Count One are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 1503, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

[redacted]

Foreperson

GREGORY W. KEHOE
United States Attorney

By: ______________________
RACHEL LASRY
Assistant United States Attorney

By: ______________________
KELLI A. SWANEY
Assistant United States Attorney

By: ______________________
MICHAEL J. COOLICAN
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
8/19/26 Revised

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

BRIAN GREGORY BRIGHTMAN
a/k/a "B"
a/k/a "BossHog"
a/k/a "Slime God"
LEO DENARD ROBINSON

INDICTMENT

Violations: Ct. 1: 18 U.S.C. §§ 1503 and 2

A true bill, [redacted]

Foreperson

Filed in open court this 19th day

of August, 2026.

Clerk

Bail $__________