UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 3:26-cr-183-MMH-SJH

BRIAN GREGORY BRIGHTMAN, et al.

---

UNITED STATES OF AMERICA

CASE NO. 3:26-cr-170-MMH-LLL

v.

BRIAN GREGORY BRIGHTMAN, et al.

---

UNITED STATES OF AMERICA

v. CASE NO. 3:24-cr-194-MMH-SJH

BRIAN GREGORY BRIGHTMAN, et al.

---

**NOTICE OF RELATED ACTIONS**

The United States of America notifies this Honorable Court, pursuant to Local Rule 1.07(c), of the existence of the above-referenced cases, which are related.

Dated this 21st day of August, 2026.

Respectfully submitted,
GREGORY W. KEHOE
Acting United States Attorney

By: */s/ Rachel Lasry*
RACHEL LASRY
Assistant United States Attorney
Florida Bar No. 1051371

By: /s/ *Kelli A. Swaney*_____________

KELLI SWANEY
Assistant United States Attorney
Florida Bar No. 91759

300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: rachel.lasry@usdoj.gov